# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2025

## NO. 03-24-00576-CV

**Collinwood Seniors, Ltd., Appellant**

**v.**

**Ernest Williams, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
REVERSED AND RENDERED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on August 1, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and renders judgment that appellee take nothing on his claims for attorneys' fees. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.